IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 14 C 10025 |
| | ) | |
| v. | ) | Judge Feinerman |
| | ) | Magistrate Judge Schenkier |
| TELLIGEN, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Able Home Health, LLC voluntarily dismisses its individual claims without prejudice and without costs against defendant Telligen, Inc. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against defendant Telligen, Inc. without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    &amp; GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, Heather Kolbus, certify that on January 29, 2015, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following:

    Martin A. Foos (mfoos@ficlaw.com)
    FARUKI, IRELAND & COX, P.L.L
    500 Courthouse Plaza, SW
    10 North Ludlow
    Dayton, OH 45402
    (937) 227-3729

    Tyler S. Mertes (tyler.mertes@troutmansanders.com)
    TROUTMAN SANDERS LLP
    55 West Monroe Street, Suite 3000
    Chicago, IL 60603
    (312) 759-5948

                                    s/ Heather Kolbus
                                    Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)